**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| TRISHA N. CARRICO ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: 3:20-CV-1039 |
| ) | |
| BOARD OF COMMISSIONERS OF ST. ) | |
| JOSEPH COUNTY and MUHAMMAD ) | |
| SHABAZZ, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT**

COMES NOW, the Plaintiff, Trisha Carrico, by counsel, Daniel H. Pfeifer, and hereby notifies the Court that this matter has settled. Formal dismissal documents will be filed shortly.

Respectfully Submitted,

/s/ Daniel H. Pfeifer
Daniel H. Pfeifer (5720-71)
PFEIFER, MORGAN & STESIAK
Attorney for Plaintiff
53600 N. Ironwood Drive
South Bend, IN 46635
Telephone: (574) 272-2870