UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| TRISHA N CARRICO, | |
| Plaintiff, | |
| v. | CASE NO. 3:20-CV-1039-MGG |
| BOARD OF COMMISSIONERS OF ST. JOSEPH COUNTY, et al., | |
| Defendants. | |

### ORDER

On June 20, 2022, Plaintiff filed a Notice of Settlement, and the Court ordered the parties to file dismissal papers. The parties then filed their Stipulation of Dismissal on August 4, 2022. Accordingly, considering the joint nature of stipulation and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the instant action is hereby **DISMISSED with prejudice**. [DE 53].

**SO ORDERED** this 8th day of August 2022.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge